UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LOUISE MARCHESE,

     Plaintiff,

v.                                    Case No. 3:18cv730-MCR-CJK

FIRST JUDICIAL CIRCUIT
COURT ESCAMBIA COUNTY, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

On April 18, 2018, the court ordered plaintiff to, within 30 days, file an amended complaint on the Northern District of Florida's civil rights complaint form for prisoners. (Doc. 3). Plaintiff failed to comply with the order within the allotted time. On January 9, 2019, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 7). To date, plaintiff has not complied with the April 18 order or responded to the January 9 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 29th day of January, 2019.

_/s/_ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.